LEO GUARDINO, as Administrator of the Estate of LORENZO GUARDINO, Deceased, Respondent, *v.* TERMINAL CAB CORPORATION et al., Appellants.

(Submitted May 28, 1936; decided July 8, 1936.)

*Moses Katcher* for appellants.

*F. R. Serri* for respondent.

Judgment of the Appellate Division reversed and judgment of the Trial Term affirmed, with costs in this court and in the Appellate Division. We find no evidence of negligence. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.